UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF
SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

**Offender Name:** Jeffrey Stephen Horn          **Case No.** 2:14CR00028-001

**Name of Sentencing Judicial Officer:** The Honorable R. Barclay Surrick

**Date of Original Sentence:** April 25, 2014

**Original Offense:** Possession of Child Pornography (Count One)

**Original Sentence:** The defendant was sentenced to 72 months custody of the U.S. Bureau of Prisons to be followed by a 5-year term of supervised release. A special assessment of $100.00 was imposed and is due immediately.

**Special Conditions:** 1) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statement of his income; 2) The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged; 3) the defendant shall not obtain employment or perform volunteer work which includes regular contact with children under the age of 18; 4) The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer; 5) The defendant shall submit to an initial inspection by the U.S. Probation Office and to any examinations during supervision of the defendant's computer and any devices, programs, or application. The defendant shall allow the installation of any hardware or software systems which monitor or filter computer use. The defendant shall abide by the standard conditions of computer monitoring and filtering that will be approved by this Court. The defendant is to pay the cost of the computer monitoring not to exceed the monthly contractual rate, in accordance with the probation officer's discretion; and 6) The defendant shall participate in treatment and counseling related to the offense for which he was convicted.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** July 19, 2019

**U.S. Attorney's Response:**  No Objections __X__     Objections _____     No Response _____

RE: Horn, Jeffrey Stephen
Case No. 2:14CR00028-001
Page 2

## PETITIONING THE COURT

The defendant has been convicted of Possession of Child Pornography. A polygraph examination will assist our office in assuring that he is in compliance with the conditions of supervision and mental health treatment.

To modify the conditions of supervision as follows:

- ☒ The defendant shall submit to a polygraph examination or other specific tests to monitor his compliance with supervised release treatment conditions at the direction of the U.S. Probation Office.

Respectfully submitted,

Matthew R. MacAvoy
Chief U.S. Probation Officer

James E. Dirzulaitis
Senior U.S. Probation Officer

Approved:

Carlos Montgomery
Supervising U.S. Probation Officer
Date: August 16, 2019

JED/rmb
Attachment

### ORDER OF THE COURT

Considered and ordered this 20th day of August, 2019 and ordered filed and made part of the records in the above case.

U.S. District Court Judge

lcc: probation

## UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF PENNSYLVANIA
## NOTICE OF REQUEST FOR MODIFICATION OF SUPERVISION CONDITIONS

TO: **Jeffrey Stephen Horn**               CASE NO: **14CR00028-001**
    (Name)

    This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

The defendant shall submit to a polygraph examination or other specific tests to monitor his compliance with supervised release treatment conditions at the direction of the U.S. Probation Office.

    The reason for these modifications and addendum to the conditions of supervision are:

The defendant has been convicted of Distribution of Child Pornography. A polygraph examination will assist our office in assuring that he is in compliance with the conditions of supervision.

    You have the right to a hearing before the Court on the modification of the conditions of supervision, and the right to be represented by counsel at such hearing. You also have the right to waive such a hearing. You are asked to acknowledge receipt of this notice by signing the applicable portion of this form.

    If you desire a hearing, simply sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form. You will be notified of the time, date, and location of the hearing.

    If you wish to waive a hearing, sign the ACKNOWLEDGMENT AND WAIVER portion of the form.

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

I, Jeffrey Stephen Horn, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision, and request a hearing thereon with my reasons stated below:


Signature _____  Witness _____
                                           U.S. Probation Office

Date: _____

---

## ACKNOWLEDGMENT AND WAIVER OF HEARING

I, Jeffrey Stephen Horn, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision. I have read the Notice and understand that I have the right to a hearing before the Court on that request and to the assistance of counsel at the hearing. However, I hereby waive (give up) my right to a hearing and agree to the proposed modifications of conditions of supervision. I also certify that no promises have been made to me in order to induce me to give up my right to a hearing.

Signature *[signed]*  Witness *[signed]*
                                    U.S. Probation Office

Date: 8/7/2019